PROB 12C
(6/16)

Report Date: April 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcus S. Hawkins                Case Number: 0980 2:22CR00133-TOR-19

Address of Offender: ███████████████████  Greenacres, Washington  99037

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 13, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 9 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: January 10, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 9, 2028 |

## PETITIONING THE COURT

To issue a summons.

On January 16, 2025, an officer reviewed the judgment with the offender. Mr. Hawkins signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by using marijuana and methamphetamine on or about March 16, 2025.<br><br>On March 18, 2025, Mr. Hawkins provided a urinalysis at Pioneer Human Services (PHS) that tested presumptive positive for marijuana. On March 24, 2025, the undersigned spoke with Mr. Hawkins via telephone and he readily admitted that he relapsed on methamphetamine and marijuana on or about March 16, 2025. |
| 2 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer. |

Prob12C
Re: Hawkins, Marcus S.
April 18, 2025
Page 2

**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release on or about April 10, 2025, by being dishonest with the undersigned in respect to his living arrangements.

On April 10, 2025, the undersigned attempted to make contact with Mr. Hawkins at his last reported residence. When speaking to the tenant of the apartment, it was revealed that Mr. Hawkins has not in fact been residing at this residence for over the past "week or so" and that he did not have any of his belongings there. The undersigned then spoke with Mr. Hawkins who reported information contrary to the tenant about the frequency of him staying at this apartment. On April 11, 2025, the undersigned again spoke with Mr. Hawkins and he apologized about being deceitful in response to questions asked on April 10, 2025, regarding his living arrangements.

3   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by using methamphetamine and marijuana on or about April 10, 2025.

On April 11, 2025, Mr. Hawkins provided a urinalysis that tested presumptive positive for methamphetamine and marijuana, and he admitted to the undersigned, via a signed document, that he last used these substances on or about April 10, 2025.

4   **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by consuming alcohol on or about April 15, 2025.

On April 16, 2025, Mr. Hawkins provided a urinalysis that tested presumptive positive for alcohol. Thereafter, he admitted to a U.S. probation officer, via a signed document, that he last consumed alcohol on or about April 15, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 18, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Hawkins, Marcus S.
April 18, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*signature*
Thomas O. Rice
United States District Judge

April 21, 2025
Date