PROB 12C
(6/16)

Report Date:  May 1, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marcus S. Hawkins | Case Number: 0980 2:22CR00133-TOR-19 |
| Address of Offender: ███████████ | Airway Heights, Washington  99001 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 13, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 9 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: January 10, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 9, 2028 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 18, 2025.

On January 16, 2025, an officer reviewed the judgment with the offender. Mr. Hawkins signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by using marijuana and methamphetamine on or about April 18, 2025.<br><br>On April 22, 2025, Mr. Hawkins provided a urinalysis that tested presumptive positive for marijuana and methamphetamine at Pioneer Human Services (PHS). Mr. Hawkins eventually admitted to the undersigned, and via a signed document, that he used these controlled substances on or about April 18, 2025. |
| 6 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Hawkins, Marcus S.
May 1, 2025
Page 2

**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by using marijuana and methamphetamine on or about April 27, 2025.

On April 30, 2025, Mr. Hawkins reported to the U.S. Probation Office as directed. It was at that time he provided a urinalysis that tested presumptive positive for marijuana and methamphetamine. He eventually admitted to the undersigned, and via a signed document, that he last used these substances on or about April 27, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

May 1, 2025
Date