PROB 12C
(6/16)

Report Date: May 13, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marcus S. Hawkins | Case Number: 0980 2:22CR00133-TOR-19 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Airway Heights, Washington 99001 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 13, 2023 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: Prison - 9 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: January 10, 2025 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: January 9, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 18, and May 1, 2025.

On January 16, 2025, an officer reviewed the judgment with the offender. Mr. Hawkins signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Hawkins violated the conditions of his supervised release by consuming alcohol on or about May 11, 2025.<br><br>On May 12, 2025, Mr. Hawkins provided a urinalysis that tested presumptive positive for alcohol and he subsequently admitted to this officer and via a signed document that he last consumed alcohol on or about May 11, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Hawkins, Marcus S.
May 13, 2025
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 13, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

May 13, 2025

Date